No. 1092. EL PUEBLO, APELADO, *v.* CHAVARRI, APELANTE.—Acometimiento y agresión con circunstancias agravantes. San Juan, Sección Segunda. Diciembre 15, 1916. *Confirmada la sentencia.*

---

No. 1518. RODRÍGUEZ ET AL., APELANTES, *v.* MELERO ET AL., APELADOS.—Procedimiento ejecutivo. Ponce. Diciembre 15, 1916. *Confirmada la sentencia.*

---

No. 1088. EL PUEBLO, APELADO, *v.* MÁRQUEZ ET AL., APELANTES.—Alterar la paz. San Juan, Sección Segunda.

No. 1100. EL PUEBLO, APELADO, *v.* COLÓN, APELANTE.—Juegos prohibidos. Humacao.

Diciembre 18, 1916. *Confirmadas las sentencias.*

---

No. 1090. EL PUEBLO, APELADO, *v.* OCHART, APELANTE.—Delito contra la justicia pública. Guayama. Diciembre 19, 1916. *Confirmada la sentencia.*

---

No. 1600. DIPINÍ, APELADO, *v.* PÉREZ ET AL., APELANTES.—Confesoria de servidumbre. Humacao. Diciembre 19, 1916. *Desestimada la apelación.*

---

No. 1114. EL PUEBLO, APELADO, *v.* LANGE ET AL., APELANTES.—Motín. Mayagüez. Diciembre 21, 1916. *Confirmada la sentencia.*

---

No. 171. VILLAMIL, PETICIONARIO, *v.* LLOREDA, JUEZ DE DISTRITO, DEMANDADO.—*Certiorari.* Diciembre 21, 1916. *Sin lugar la solicitud.*